Michael A. Keough
mkeough@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com





Steptoe
STEPTOE & JOHNSON LLP

November 20, 2019

NOV 21 2019

SO ORDERED

The initial conference is adjourned from December 3, 2019 to January 14, 2020 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

**VIA ECF**
The Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

Re: *Diaz v. Zazzle Inc.*, No. 19 Cv. 07424 (GBD)

Dear Judge Daniels:

This firm represents Defendant Zazzle Inc. ("Zazzle") in the above-captioned matter.

We write on behalf of both parties to respectfully request that the Initial Pretrial Conference scheduled for December 3, 2019 be adjourned. The reason for this request is that, after the conference was initially scheduled, the date for Defendant to respond to Plaintiff's complaint was extended to December 4, 2019 by the Court's order dated November 6, 2019. The parties are still attempting to resolve this matter without judicial intervention and ask that the conference be adjourned until after Zazzle has responded to the complaint. Plaintiff consented to this request on November 20, 2019.

We respectfully ask Your Honor's endorsement of this request. Thank you for your consideration.

Respectfully submitted,

/s/ Michael A. Keough

Michael A. Keough

cc: Counsel of Record (via ECF notification)