

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 7, 2020

**VIA ECF**
Honorable Judge Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated:     JAN 0 8 2020

Re:   Diaz v. Zazzle Inc.; Case No. 1:19-cv-07424-GBD

To the Honorable Judge Daniels,

The undersigned represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

The initial conference for this matter is set for January 14, 2020 at 9:30 a.m. It is now January 7, 2020, and the parties have reached an agreement in principle to resolve this matter. Accordingly, the parties request that the initial conference be adjourned sine die to give the parties time to finalize their agreement and thereafter file a Stipulation of Dismissal.

Thank you for the time and consideration of the above request.

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

Cc:   All Counsel of Record (Via ECF)